B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Sona LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>35-2165676 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>401 N La Cienega Blvd.<br>Los Angeles, CA<br>ZIP CODE 90048 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>418 N La Cienega Blvd., Los Angeles, CA | ZIP CODE 90048 |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>  11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Restaurant | ☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                         Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>  under Title 26 of the United States<br>  Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br><br>☐ Debts are primarily consumer      ☑ Debts are primarily<br>  debts, defined in 11 U.S.C.              business debts.<br>  § 101(8) as "incurred by an<br>  individual primarily for a<br>  personal, family, or house-<br>  hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>  insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>  of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☑<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☑<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☑<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk<br>SEP 3 0 2009<br>FILED

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Sona LLC |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District:  Central District of California | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐    Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Sona LLC |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney\***

X _____
Signature of Attorney for Debtor(s)
Charles H. Olsen
Printed Name of Attorney for Debtor(s)
Robertson + Thommarson, LLP
Firm Name
1880 Century Park East, STE 618
Address Los Angeles, CA 90067
colsen@robthomlaw.com
310-552-9900    FAx No: 310388-5298
Telephone Number
09-30-09
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
David Myers
Printed Name of Authorized Individual
President of the Managing Member of Sona LLC
Title of Authorized Individual
09-30-09
Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## CERTIFICATE OF SONA LLC,
## A CALIFORNIA LIMITED LIABILITY COMPANY
## AUTHORIZING FILING OF PETITION UNDER CHAPTER 11 OF
## THE UNITED STATES BANKRUPTCY CODE

FoodArt Ventures, Inc. ("FAVI") hereby certifies as follows:

1.    FoodArt Ventures, Inc. ("FAVI") is the Managing Member of Sona LLC, a California limited liability company (the "Company").

2.    FAVI is authorized under the Company's Operating Agreement to take the actions specified herein without the need for a meeting or notice.

3.    On behalf of the Company, FAVI has duly authorized the following, resolutions, effective immediately:

> RESOLVED, that FAVI is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors and other interested parties, that the Company file a petition for relief under the provisions of chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

> FURTHER RESOLVED, that FAVI is hereby authorized and directed on behalf of and in the name of the Company to execute a chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a chapter 11 bankruptcy case;

> FURTHER RESOLVED, that is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which FAVI deems necessary and proper in connection with the Company's bankruptcy case;

FURTHER RESOLVED, that the Company initially retains Robertson + Thommarson, LLP as general bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its chapter 11 case.

Dated: September 30, 2009

SONA LLC

By: FoodArt Ventures, Inc.,
    its Managing Member

By: _____
    David Myers
    President

# UNITED STATES BANKRUPTCY COURT

Central District Of California

In re Sona LLC,
Debtor

Case No. _____

Chapter _____11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Glick, Glick & Lewis 2630 S. Beverly Drive Los Angeles, CA 90034 | Glick, Glick & Lewis 2630 S. Beverly Drive Los Angeles, CA 90034 310-838-4759 | Rent | | $17,701.70 |
| Michael Morris 460 Loring Avenue Los Angeles, CA 90024 | Michael Morris 460 Loring Avenue Los Angeles, CA 90024 | Personal Loan | | $13,000.00 |
| Milton Road Trading Company LLC C/O: Cameron Hobel 4209 Van Buren Place Culver City, CA 90232 | Cameron Hobel Milton Road Trading Company LLC C/O: Cameron Hobel 4209 Van Buren Place Culver City, CA 90232 | Trade Debt | | $9,769.00 |
| Ecolab P.O. Box 100512 Pasadena, CA 91189-0512 | | Trade Debt | | $8,850.85 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Worldwide Produce 1661 Mc Garry Street Los Angeles, Ca. 90021 | Worldwide Produce 1661 Mc Garry Street Los Angeles, Ca. 90021 213-747-4411 | Trade Debt | | $8,020.18 |
| L.A. County Treasurer Tax Collector PO Box 54978 Los Angeles, CA  90054-0978 | L.A. County Treasurer Tax Collector PO Box 54978 Los Angeles, CA 90054-0978 213.893.7950 | Taxes | | $6,634.86 |
| International Marine Products PO Box 511283 Los Angeles, CA  90051-7838 | Yuko PO Box 511283 Los Angeles, CA 90051-7838 213.272.6105 | Trade Debt | | $6,114.76 |
| Epicure Imports, Inc C/O: Accounting Dept. PO Box 225 Santa Clara, CA 95052-0225 | Rhoda Accounting Dept. PO Box 225 Santa Clara, CA 95052-0225 818-985-9800 | Trade Debt | | $5,855.84 |
| Wine Warehouse P.O. Box 910900 Los Angeles, CA 90091 | Wine Warehouse P.O. Box 910900 Los Angeles, CA 90091 323/724-1700 | Trade Debt | | $5,433.47 |
| King Valet Parking Inc PO Box 545 San Gabriel, CA 91778 | PO Box 545 San Gabriel, CA 91778 | Trade Debt | | $5,200.00 |
| SeafoodS.com, Inc 13310 South Ridge Drive Suite B Charlotte, NC 28273 | 13310 South Ridge Drive Suite B Charlotte, NC 28273 1.877.710.3467 | Trade Debt | | $5,119.19 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address, including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Young's Market Company<br>P.O. Box 30145<br>Los Angeles, CA 90030-0145 | Ralph/Maya<br>P.O. Box 30145<br>Los Angeles, CA 90030-0145<br>800/627-2777 x3592 | Trade Debt | | $5,098.82 |
| Micros Systems, Inc.<br>15302 Pipeline Lane<br>Huntington Beach, CA 92649 | Romina P Diaz<br>15302 Pipeline Lane<br>Huntington Beach, CA 92649<br>714.889.2002 | Trade Debt | | $4,385.27 |
| Santa Monica Seafood<br>18531 S. Broadwick Street<br>Rancho Dominguez, CA 90220 | 18531 S. Broadwick Street Rancho Dominguez, CA 90220<br>800.969.8862 | Trade Debt | | $4,264.19 |
| Newport Meat Company<br>P.O. Box 19726<br>Irvine, CA 92623-9726 | Melissa Poore<br>P.O. Box 19726<br>Irvine, CA 92623-9726<br>949/474-4040 | Trade Debt | | $4,261.24 |
| Mendez Cleaning<br>1631 7th Ave.<br>Los Angeles, CA 90019 | 1631 7th Ave.<br>Los Angeles, CA 90019<br>310-936-3004 | Trade Debt | | $3,960.00 |
| Shiverick-Jones Wine Hourglass<br>1104 Adams Street, Suite 103<br>St. Helena, CA 94574 | 1104 Adams Street, Suite 103<br>St. Helena, CA 94574<br>213-483-5888 | Trade Debt | | $3,480.00 |
| Frank-Lin<br>P.O. Box 60048<br>Los Angeles, CA 90060-0048 | P.O. Box 60048<br>Los Angeles, CA 90060-0048<br>800-922-9363 | Trade Debt | | $3,443.00 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Elysian Field Farms LLC<br>844 Craynes Fun Road<br>Wayneeburg, PA 15370 | 844 Craynes Fun Road<br>Wayneeburg, PA 15370 | Trade Debt | | $3,437.20 |
| Danko Foods Inc.<br>P.O. Box 7013<br>Laguna Niguel, CA 92607 | Ann<br>P.O. Box 7013<br>Laguna Niguel, CA 92607<br>949-249-8883 | Trade Debt | | $3,317.82 |

I, the President of the Managing Member of Sona LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date September 30, 2009

Signature _____

David Myers
President of FoodArt Ventures, Inc.,
the Managing Member of Sona LLC

Sona LLC
401 N La Cienega Blvd
Los Angeles, CA 90048


Chet H. Olsen
Robertson + Thommarson LLP
1880 Century Park East STE 618
Los Angeles, CA 90067


United States Trustee
725 S Figueroa St STE 2600
Los Angeles, CA 90017

FoodArt Ventures, Inc.
1880 Century Park East Suite 618
Los Angeles, CA 90067


Glick Glick & Lewis
2630 S Beverly Drive
Los Angeles, CA 90034


Michael Morris
460 Loring Avenue
Los Angeles, CA 90024


Milton Road Trading Company LLC
C/O Cameron Hobel
4209 Van Buren Place
Culver City, CA 90232


Ecolab
PO Box 100512
Pasadena, CA 91189-0512


Worldwide Produce
1661 Mc Garry Street
Los Angeles, CA 90021


LA County Treasurer Tax Collector
PO Box 54978
Los Angeles, CA  90054-0978


International Marine Products
PO Box 511283
Los Angeles, CA  90051-7838

Epicure Imports, Inc
C/O Accounting Dept.
PO Box 225
Santa Clara, CA 95052-0225


Wine Warehouse
PO Box 910900
Los Angeles, CA 90091


King Valet Parking Inc
PO Box 545
San Gabriel, CA 91778


SeafoodS com Inc
13310 South Ridge Drive Suite B
Charlotte, NC 28273


Young's Market Company
PO Box 30145
Los Angeles, CA 90030-0145


Micros Systems Inc
15302 Pipeline Lane
Huntington Beach, CA 92649


Santa Monica Seafood
18531 S Broadwick Street
Rancho Dominguez, CA 90220


Newport Meat Company
PO Box 19726
Irvine, CA 92623-9726

Mendez Cleaning
1631 7th Ave
Los Angeles, CA 90019


Shiverick-Jones Wine Hourglass
1104 Adams Street
Suite 103
St. Helena, CA 94574


Frank-Lin
PO Box 60048
Los Angeles, CA  90060-0048

Elysian Field Farms LLC
844 Craynes Fun Road
Wayneeburg, PA 15370


Danko Foods Inc
PO Box 7013
Laguna Niguel, CA 92607


Dahlia Design
4701 W Jefferson Blvd Ste 3
Los Angeles, CA 90016


Veritas Imports
9460 Wilshire Blvd
Penthouse
Beverly Hills, CA 90212

Mao Foods Inc
PO Box 21333
Los Angeles, CA 90021


Millbrook Venison Inc
499 Verbank Road
Millbrook, NY 12545


Goldberg and Solovy foods Inc
PO Box 60107
Los Angeles, CA 90060


Superior Anhausner Foods
555 Marin Street Suite 140
Thousand Oaks, CA 91360


R Paul Corti
PO Box 2603
Santa Barbara, CA 93120


Chefs Warehouse
PO Box 601154
Pasadena, Ca 91189-1154


Republic Master Chefs
PO Box 21918
Los Angeles, CA 90021


Timeless Palates Wine LLC
PO Box 2900
Palos Verdes Peninsula, CA 90274

Ruston Family Vineyards
2798 Spring Street St
Helena, CA 94574-9696


Regal Wine Company
PO Box 60000
San Francisco CA 94160-2956


The Cheese Store
419 N Beverly Drive
Beverly Hills, CA 90210


Truffle Brothers
PO Box 5732
Beverly Hills, CA 90209


Monterey Bay Wine Company
27 Palma Avenue
La Selva Beach, CA 95076-1729


Paul M Young Fine Wines
PO Box 1095
S Pasadena, CA 91031-1095


R W Smith & Co
PO Box 51847
Los Angeles, CA 90051-6147


T & R Carpet Cleaners
7400 S. Denker Avenue
Los Angeles, CA 90047

Sherwin Family Vineyards
4060 Spring Mountain Road
St Helena, CA 94574


The Morlet Selection Inc
818 Chiles Avenue
St Helena, CA 94574


K & K International Inc
3820 Del Amo Blvd #344
Torrance, CA 90503


CIT Technology Financial Services Inc
PO Box 100706
Pasadena, CA 91189-0706


Air Wave Tecnologies Inc
6011 Reseda Blvd
Tarzana, CA 91356


Brogan Cellars
3232B Dry Creek Rd
Healdsburg, CA 95448


Parr Selection
PO Box 10217
Napa, CA 94581


California Choice
PO Box 7088
Orange, CA 92863-7088

Pride Mountain Vineyards LLC
4026 Spring Mtn Road
St Helena, CA  94574


POS Supplies
201 S Bicayne Dr 28th Fl
Miami, FL 33131


Cellar Master
2088 Anchor Court #A
Newbury Park, CA 91320


Lewis Cellars
4101 Big Ranch Rd
Napa, CA 94558


Allied Waste Services
PO Box 78241
Phoenix, AZ 85062-8241


County of Los Angeles Dept of Treasurer
And Tax Collector License Section
225 N Hill St Room 109
Los Angeles, CA 54978


PlayNetwork Inc
Dept CH
17114 Palatine, IL 60055-7114


Chem Mark
PO Box 721
Garden Grove, CA 92842-0721

Once Wines LLC
C/O Reich & Associates
1339 Pearl St #205
Napa, CA 94559


Intelligentsia (Roasting Works)
1850 West Fulton St
Chicago, IL 60612


The Sorting Table LLC
PO Box 225
Santa Clara, CA 95052-0225


Le Sanctuaire
17831 Sky Park Circle Suite B
Irvine, CA 92614


Morlet Family Vineyards
PO Box 3457
Napa, Ca 94558


Igneous Wines LLC
PO Box 10098
Napa, CA 94581


Heintz Wines Dutch Bill Creek Winery
PO Box 238
Occidental, CA  95465


Hope and Grace
Beard Plaza
6540 Washington St
Yountville, CA 94599

United Debit Supplies
305 Madison Avenue #449
New York, NY 10165


Diversified Luxury Marketing
137 N Larchment Blvd #489
Los Angeles, CA 90004


Duckhorn Wine Co
1000 Lodi Lane
St Helena, CA 94574


Kalin Cellars
61 Galli Drive Suite F & G
Novato, CA 94949


Atherton Wine Imports
PO Box 2305
Menlo Park, CA 94026


California Family Farms
30941 Agoura Road #314
Westlake Villiage, CA 91361


Ecolab Pest Elimination
PO Box 6007
Grand Forks, ND 58206


Food Connect
544 Stanford Ave
Los Angeles, CA 90013

Mutual Trading Co Inc
431 Crocker Street
Los Angeles, CA 90013


Tankless Hot Water Solutions
David Mallek
103 Skemp Ave
Morgantown, WV. 26505


Mulholland Lock & Key
12602 Ventura Blvd
Studio City, CA 91604


Atlas Industrial Cleaning Supplies
4511 New York Ave 2nd Floor
Union City, NJ  07087


Tru  Wines
12814 Morrison Street
Valley Village, CA 91607


Hug Cellars
2323 Turly Ct Ste 120D
Paso Robles, CA 93446


Cornerstone Commercial Equipment Repair
425 E Arrow Highway #376
Glendora, CA 91740


Neal Family Vineyards
716 Liparita Rd
Angwin, CA 94508

Spencer Roloson
176 Main Street #D
St. Helena, CA 94574


Winewise - The Vienna Wine Co
5655 College Avenue
Oakland, CA 94618


Honig Vineyard & Winery
PO Box 406
Rutherford, CA 94573-0408


Krupp Brothers LLC
3265 Soda Canyon Road
Napa, CA 94558


Electronic Transaction Supplies Inc
1858 Rochelle Ave
Capitol Heights, MD 20743


Aller Clean
PO Box 4316
Chatsworth, CA 91311


Four Seasons Dry Cleaners & Laundry
8042 Santa Monica Blvd
West Hollywood, CA 90046


Pitney Bowes Global Financial Services
PO Box 856460
Louisville, KY 40285-6460

Real Soda in Real Bottles LTD
PO Box 3731
Palos Verdes, CA 90274


Rios Wine Co
3970 Peterson Drive
Calistoga, CA 94515


Rene Fuentes
6517 Ira Ave
Bell Gardens, CA. 90201


Shane Wine Cellars
PO Box 3457
Napa, Ca 94558


The Henry Wine Group
PO Box 513827
Los Angeles, CA 90051-3827


Dominique De Rouen
511 Altair Place
Venice, CA. 90291


Husch Vineyards
PO Box 189
Talmage, CA 95481


Impact Production
Dean Di Mascio
1901 Avenue of the Stars
Los Angeles, CA 90067

MHW LTD/Scanfinest
272 Plandome Road
Manhasset, NY 11030


Zee Medical Inc
PO Box 781525
Indianapolis, IN 46278-8525


Metrowest Security Systems
12326 Califa St
North Hollywood, CA 91607


Aspen Publishers
4829 Innovation Way
Chicago, IL 60682-0048


The Wall Street Journal
PO Box 7030
Chicopee, MA 01021-7030


Surfas
3975 Landmark Street
Culver City, CA  90232


Flores Grease Company
P.O. Box 5371
Sherman Oaks, CA 91423


Pitney Bowes Purchase Power
PO BOX 856042
Louisville, KY 40285-6042

Restaurant News
P.O. Box 5038
Brentwood, TN 37024


Architectural Digest
PO Box 37639
Boone, IA 50037-0639


Metropolitan Home
PO Box 51890
Boulder, CO 80322-1890


GQ
PO Box 37673
Boone, LA  50037-4673


Vogue
PO Box 37717
Boone, IA 50037-4717


Personnel Concepts
PO Box 9003
San Dimas, CA 91773


Cooking Light
PO Box 62319
Tampa, FL 33662-3198


Bon Appetit
PO Box 37613
Boone IA 50037-4613

Gourmet
P.O. Box 37668
Boone, IA 50037-0667

Newsweek Professional Network
PO Box 5574
Harlan, IA 51593

The Aniata Cheese Company
2332 La Mirada Drive Ste 1000
Vista, Ca 92801