| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik (SBN 185520)<br>Levene, Neale, Bender, Rankin & Brill L.L.P.<br>10250 Constellation Bl., #1700<br>Los Angeles, CA 90067      (310) 229-1234<br>Attorneys for Debtor and Debtor in Possession | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: SONA, LLC<br><br><br><br>Debtor(s). | CASE NO.: 2:09-bk-36434-E<br><br>Chapter 11 |

## NOTICE OF SALE OF ESTATE PROPERTY

**Sale Date:** 7/28/10                                    **Time:** 11:00 a.m.

**Location:** Ctrm: 1568, Roybal Federal Bldg., 255 E. Temple Street, Los Angeles, CA 90012

Type of Sale:    ☒ Public        ☐ Private        Last date to file objections: July 14, 2010

Description of Property to be Sold: Lease for premises located at 401 La Cienega Bl., Los Angeles, California and Debtor's liquor license.

Terms and Conditions of Sale: See Bid Procedures Order attached hereto. Note that if any qualified bids are submitted, auction will take place on July 26, 2010 at 10:00 a.m. at Debtor's counsel's office, whose address is set forth below.

Proposed Sale Price: See above - $150,000 subject to overbid

Overbid Procedure (If Any): See Bid Procedures Order attached hereto.

If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:
Date: July 28, 2010; Time: 11:00 a.m.; Place: Courtroom 1568, Roybal Federal Bldg., 255 E. Temple St., Los Angeles, CA 90012
Contact Person for Potential Bidders (include name, address, telephone, fax and/or e:mail address):

David B. Golubchik
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Bl. #1700
Los Angeles, CA 90067
(310) 229-1234 phone; (310) 229-1244 fax; dbg@lnbrb.com

Date: 7/7/10

1  DAVID B. GOLUBCHIK (SBN 185520)
   dbg@lnbrb.com
2  KRIKOR J. MESHEFEJIAN (SBN 255030)
   kjm@lnbrb.com
3  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
4  10250 Constellation Blvd., Suite 1700
   Los Angeles, California 90067
5  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
6
7  Attorneys for Chapter 11
   Debtor and Debtor in Possession

**FILED & ENTERED**

**JUN 28 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re

SONA, LLC,

    Debtor and Debtor in Possession.

)  Case No. 2:09-bk-36434-ER
)
)  Chapter 11
)
)  **ORDER GRANTING MOTION OF**
)  **DEBTOR FOR ORDER ESTABLISHING**
)  **SALE PROCEDURES FOR SALE OF**
)  **DEBTOR'S ASSETS FREE AND CLEAR**
)  **OF ALL LIENS, CLAIMS,**
)  **ENCUMBRANCES AND OTHER**
)  **INTERESTS PURSUANT TO SECTIONS**
)  **105, 363 AND 365 OF THE BANKRUPTCY**
)  **CODE**
)
)
)  **HEARING**
)  Date: June 16, 2010
)  Time: 10:00 a.m.
)  Place: 255 E. Temple St.
)         Courtroom 1568
)         Los Angeles, CA 90012
)
)

1   A hearing was held on June 16, 2010, at 10:00 p.m., before the Honorable Ernest Robles, United States Bankruptcy Judge, to consider the Motion filed by Sona, LLC, Chapter 11 debtor and debtor in possession (the "Debtor") for an order establishing procedures for the sale of the Debtor's assets (the "Assets") free and clear of all liens, claims, encumbrances and other interests pursuant to Sections 105, 363 and 365 of the Bankruptcy Code (the "Motion"). Appearances were as set forth on the Court's record.

This court, having considered the Motion and all declarations, supplements and other evidence in support of the Motion, any and all oppositions to the Motion, the statements, representations and arguments of counsel at the hearing on the Motion, the entire record in this case, notice of the Motion and the hearing on the Motion having been proper, and other good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.  The Motion is granted;

2.  Any party interested in bidding on the Assets (the "Interested Party") must provide a $50,000 deposit to Debtor, which shall be deemed to be nonrefundable in the event that the Court determines that the Interested Party is the successful bidder for the Assets, with such deposit to be received by Debtor's counsel not later than 14 days before the hearing to approve sale of the Assets (the "Sale Hearing");

3.  In addition to the foregoing $50,000 deposit, the Interested Party must submit an asset purchase agreement substantially in the form as that attached to the Motion with its proposed changes, as well as proof of funds to close the transaction, not later than 14 days before the Sale Hearing;

4.  In the event that the Debtor receives qualified and timely bids and deposits, as set forth above, an auction for the Assets (the "Auction") will take place in Debtor's

1  bankruptcy counsel's office two (2) business days before the scheduled sale hearing at 10:00

2  a.m., allowing the Debtor an opportunity to report the result of the auction to the Court by the

3  time of the Sale Hearing, as well as address any other concerns or objections related thereto;

4     5.    At the Auction, the initial overbid will be $30,000, with $5,000 increments

5  thereafter; and

6     6.    In the event that the Court determines that someone other than KBKW, LLC

7  ("KBKW") is the winning bidder, KBKW will be entitled to break-up fee of $25,000, which

8  will be paid upon closing of the transaction with the winning bidder.

###

DATED: June 28, 2010

_____
United States Bankruptcy Judge

3